IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWIN BRIETZ                                                                    PLAINTIFF

v.                                      No. 4:16-cv-159-DPM

CREDIT ACCEPTANCE CORPORATION                              DEFENDANT

ORDER

Stipulation, № 11, noted. Motion, № 8, granted. Pursuant to their stipulation, the parties must arbitrate all claims in this case with the American Arbitration Association under the terms of their contract. Brietz must initiate the arbitration. Credit Acceptance Corporation must bear the fees charged by the AAA, the administrator, and the arbitrator. This case is stayed, 9 U.S.C. § 3, and administratively terminated. Any party may move to reopen the case and confirm or challenge any arbitration award. 9 U.S.C. §§ 9 & 10. If no party seeks relief by 1 July 2017, the Court will reopen and dismiss the complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2016