IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIETZ, EDWIN,

    Plaintiff,

v.                                          CASE NO.: 4:16-cv-00159 DPM

CREDIT ACCEPTANCE CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Edwin Brietz, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter. Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 25th day of April, 2017.

                                                                         /s/ Jared M. Lee
                                                              Jared M. Lee, Esquire
                                                               Florida Bar No.: 0052284
                                                               Morgan & Morgan, Tampa, P.A.
                                                               20 N. Orange Avenue, Suite 1600
                                                               Orlando, FL 32801
                                                               Tele: (407) 420-1414
                                                               Fax: (407) 245-3485
                                                               Email: JLee@ForThePeople.com
                                                                           MRathbun@ForThePeople.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 25th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Stephen W. King, Esquire
King and Murray PLLC
355 S. Old Woodward, Ste. 100
Birmingham, MI 48009
Tele:  248.792.2398
Email:  SKing@KingandMurray.com
*Counsel for Defendant*

E.B. Chiles, IV, Esquire
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Ste. 1900
Little Rock, AR 72201
Tele:  501.379.1700
Email:  CChiles@qgtlaw.com
*Counsel for Defendant*

Charles Lamey, Esquire
Lamey Law Firm, Inc.
1340 Nabholz Avenue
Conway, AR 72033
Tele:  800.518.1253
Email:  Les@Lameyfirm.com
*Counsel for Plaintiff*

                                               */s/ Jared M. Lee*
                                               Jared M. Lee, Esquire