# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

EDWIN BRIETZ                                                                PLAINTIFF

v.                              No. 4:16-cv-159-DPM

CREDIT ACCEPTANCE CORPORATION                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2017